# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2037
_____

Andrew Stephen Williams

*Plaintiff - Appellant*

v.

Minnesota Department of Corrections; Tom Roy; Eddie Miles; Minnesota
Correctional Facility-Faribault, Mailroom Department; Minnesota Correctional
Facility-Faribault, Property Department; Rice County; City of Faribault;
Washington County; City of Bayport; County of Dakota; City of Hastings

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: May 1, 2019
Filed: May 6, 2019
[Unpublished]
_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Andrew Williams appeals the district court's[1] dismissal of his pro se complaint. Having carefully reviewed the record as to the claims Williams raises on appeal, and the parties' arguments on appeal, we find no basis for reversal. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review of Fed. R. Civ. P. 12(b) dismissal order). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota.